**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KIMBERLY LAVERNE MAIN,<br><br>Plaintiff,<br><br>v.<br><br>FRANK BISIGNANO,<br>Commissioner of Social Security,<br><br>Defendant. | Case No. 1:25-cv-1495 KES HBK<br><br>ORDER REMANDING THE MATTER PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)<br><br>ORDER DIRECTING ENTRY OF JUDGMENT IN FAVOR OF PLAINTIFF AND AGAINST DEFENDANT, AND TERMINATING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AS MOOT<br><br>Docs. 13, 15 |

Plaintiff Kimberly Laverne Main and defendant Frank Bisignano, Commissioner of Social Security, stipulated to a voluntary remand of this matter for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). Doc. 15. Pursuant to the stipulation, an administrative law judge shall "offer Plaintiff the opportunity for an additional hearing; develop the record as necessary; and issue a new decision." *Id.* at 1. The parties also stipulated that judgment should be entered in favor of plaintiff and against the Commissioner. *Id.* at 1-2.

Based upon the terms of the stipulation, the Court ORDERS:

1. Plaintiff's motion for summary judgment (Doc. 13) is terminated as MOOT.

2. The matter is REMANDED for further administrative proceedings under sentence four of 42 U.S.C. § 405(g).

1

3.      The Clerk of Court is DIRECTED to enter judgment in favor of Plaintiff Kimberly Main and against Defendant Frank Bisignano, Commissioner of Social Security, and to close this case.

IT IS SO ORDERED.

Dated:    June 22, 2026

_____
UNITED STATES DISTRICT JUDGE

2